IN THE UNITED STATES DISTRICT COURTS
FOR THE WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

V.                    CASE NO. 12-03033-01-CR-S-DW

STEVEN BRAYFIELD SR.

MOTION TO REDUCE SENTENCE PURSUANT
18 U.S.C. 3582, IN REGARDS TO AMENDMENT
782 ADJUSTMENTS TO U.S.S.G, .

COMES NOW, the Defendant, Steven Brayfield Sr., Pro se, before this Honorable Courts in the captioned cause, and moves the Court to enter an order reducing Defendant's sentence of 188 months, which was imposed on 12.12.2013, to be followed by 5 years of supervised release, and in connection with this Motion for a Reduction of Sentence respectfully shows the Courts as follows:

*1.* On December12, 2013, this Court imposed a sentence of 188 months followed by 5 years of supervised release on the Defendant herein following his conviction for the crime of PWITD 50 grams or more of Methamphetamines, Using or maintaining a building for the purpose of Distributing Methamphetamines in violation of 21:841(a)(1), 21:841 21:856(A)(1) and (B).

*2.* Since the imposition of the sentence of 188 months there have been no modifications of the sentence imposed in this case.

*3.* This Court has the jurisdiction and authority to hear and consider this motion in that the provisions of 18 U.S.C. 3582 (c)(2) gives this court the authority to reduce a previously imposed sentence when the United States Sentencing Commission lowers the applicable guideline range for an offense pursuant to its statutory authority under 28 U.S.C. 994(o), and utilizes its authority under U.S.C 994(u) to make the reduced guidelines retroactively applicable to the cases that were sentenced under the harsher guidelines in force at the time the previously imposed sentence was imposed, so long, of course, as the guideline reduction does not exceed any applicable minimum mandatory sentence requirements.

*4.* In April 2014, the United States Sentencing Commission revised U.S.S.G , 2D1.1 by lowering the guideline range by two levels for all

drug offenses.

5. The United States Sentencing Commission transmitted it proposed amendments to the United States Congress on May 1, 2014.

6. On July 18, 2014 the Amendment was thus made retroactively applicable to those qualified individual sentences.

The Defendant, in light of all that has transpired in regards to the two level reduction available through the amendment 782 provisions, still fully realizes that the dispensation of this reduction still falls squarely and finally within the discretion of the Honorable Courts, and that it will be the final arbitrator as to who will benefit from the changes. As such, I am aware that rehabilitated intent alone is not enough to justify or warrant a reduction of sentence in and of itself, but with so few means available to display the fact that a person warrants the benefit available from Amendment 782, the Defendant hopes that the Courts utilizes the stands of progress available through the BOP's own system of programing, and behavioral adjustment and activities to see that the Defendant has been both a model participant of all things and avenues that have been made available to him to seek a better path in life.

He has been gainful employed in a skilled position through out his term of imprisonment, he has taken full advantage of the classes and programs as well he has avoided all entanglements that would have caused him a violation of the rules in place…the closest that a person can be to being law abiding in this tumultuous environment, It is his greatest hopes that the Honorable Courts takes the totality of his behavior and use it to make a determination as to whether he deserves the reduction of 2 levels to his sentence.

Wherefore, for the foregoing reasons, Defendant prays an order of this Court reducing the previously imposed 188 month sentence imposed in this case, be granted so that the original sentencing guideline levels can be reduced by (2) levels, and that the Court sentence him to the low end of whatever guideline range results.

Respectfully Submitted,

Mr. Steven Brayfield Sr.
Forrest City Complex Low
Po Box 9000
Forrest City, AR 72336                    05-11-2017

## CERTIFICATE OF SERVICE

This is to certify the undersigned did mail a true and correct copy of the foregoing

    **Motion to Reduce Sentence Pursuant to 18 USC 3582**
    **In regards to amendment 782 drug minus two(2)**

by first class mail to all parties involved , with sufficient postage, prepaid and affix thereto, and by depositing the same in the institutional mail receptacle at the prision in Forrest City Arkansas on this _5_ th day of _15_ ,2017

*Steven Brayfield Sr*
Steven Brayfield Sr.