NAME Steve Brayfield
REG# 24187-045
Federal Correctional Complex-Medium
P.O. Box 3000-Medium
Forrest City, AR 72336

MEMPHIS TN 380
16 MAY 2017 PM 3 L

United States Clerk
[Court]House
[N]inth St.
[Kansas City], MO 64106

12-3033
DW

RECEIVED
2017 MAY 19 PM 2:11
CLERK U.S. DIST. COURT
WEST. DIST. OF MO.
KANSAS CITY, MO.

64106-262085