Steven Brayfield Sr.
Reg. No. 24127-045
Federal Prison Camp
PO Box 1000
Leavenworth, Ks
66048

xx Legal Mail xx

REC'D DEC 03 2020

SCREENED BY
U.S. MARSHALS

24127-045
Clerk Of The Court
222 N JOHN Q Hammons PKWY
Springfield, MO 65806
United States

EXPECTED DELIVERY DAY: 12/03/20
USPS TRACKING® NUMBER

$0.00
LEAVENWORTH, KS
66048
NOV 30, 20
AMOUNT
R2305E1124875-7
65806
1004