# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 12-3033-01-CR-S-SRB |
| | ) | |
| STEVEN BRAYFIELD, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION TO EXTEND STAY ON ORDER REDUCING SENTENCE

Comes now Steven Brayfield, through counsel, Laine Cardarella, Federal Public Defender, and respectfully requests that the Court extend the stay on its January 4, 2021 Order reducing Mr. Brayfield's sentence.

1. On January 4, 2021 this Court entered an Order granting Mr. Brayfield's motion to reduce his sentence pursuant to 18 USC 3582.

2. The Court's Order (Doc. 95) and the separately filed amended judgment and commitment (Doc. 96) included a stay of up to 14 days to allow for safe travel arrangements to be made for Mr. Brayfield.

3. Mr. Brayfield was admitted to the hospital on January 2, 2021. He is positive for COVID and is symptomatic. On January 6, 2021 he was transferred to the ICU. As of January 12, 2021 he is on a ventilator.

4. Mr. Brayfield cannot safely travel at this time. In addition, Mr. Brayfield and his family have no resources to pay for his medical care if he remains hospitalized but is not an inmate of the Bureau of Prisons.

5. Mr. Brayfield requests that the Court enter an Order extending its stay for up to 14 additional days. The government does not object to Mr. Brayfield's request.

Wherefore, Steven Brayfield respectfully requests that the Court extend the stay of the Order reducing his sentence (Doc. 95) and the execution of the amended judgment and commitment (Doc. 96) for up to 14 days.

Respectfully submitted,

/s/ Laine Cardarella
Laine Cardarella
Federal Public Defender
1000 Walnut, Suite 600
Kansas City, Missouri 64106
Attorney for Defendant

## CERTIFICATE OF SERVICE

It is CERTIFIED that the foregoing was electronically filed on this 12th day of January, 2021, and that a copy was e-mailed to all parties pursuant to the ECF system.

/s/ Laine Cardarella
Laine Cardarella